1  ANDRÉ BIROTTE JR.
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   KERI CURTIS AXEL (Cal. Bar No. 186847)
4  Assistant United States Attorneys
        1100 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-5421
        Facsimile:  (213) 894-6269
7
   Attorneys for Plaintiff
8  United States of America

9                                              **JS-6**

10                 UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12
   MICHAEL E. DeVAUGHN,              )   No. CV 10-3326-TJH
13                                   )
               Petitioner,           )   <u>ORDER DISMISSING DEFENDANT'S</u>
14                                   )   <u>DISMISS PETITION UNDER 28</u>
          v.                         )   <u>U.S.C. § 2241</u>
15                                   )
   UNITED STATES PAROL               )
16 COMMISSION,                       )
                                     )   Hearing Date: None Set
17                                   )   Courtroom of the Hon. Terry J.
                                     )   Hatter
18 _____)

19      For the reasons set forth in the government's Motion to

20 Dismiss, filed June 14, 2010, specifically that:

21      (1) defendant is not in state, not federal, custody and his

22 petition is not ripe; and

23      (2) defendant's Parole Commission warrant, filed June 29,

24 2005, is prima facie valid;

25

26

27

28

1      IT IS HEREBY ORDERED THAT defendant's Motion for Relief

2  pursuant to 28 U.S.C. § 2241 is DISMISSED.

3

4  Dated:July 26, 2010

5

6                    THE HONORABLE TERRY J. HATTER
                     UNITED STATES DISTRICT JUDGE

7

8  Submitted by:

9  AUSA Keri Curtis Axel

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28